JAMIE L. DUPREE (158105)
JAIME G. TOUCHSTONE (233187)
FUTTERMAN DUPREE
DODD CROLEY MAIER LLP
180 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com
*Attorneys for Defendant
EQR-Acheson Commons Limited Partnership*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PORTIA LEMMONS and BERTHA JOHNSON,<br><br>*Plaintiffs,*<br><br>v.<br><br>ACE HARDWARE CORPORATION; BERKELEY HARDWARE, INC. dba BERKELEY ACE HARDWARE; EQR-ACHESON COMMONS LIMITED PARTNERSHIP; and DOES 1-10, inclusive,<br><br>*Defendants.* | Case No. CV 12-03936 JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING MEDIATION DEADLINE**<br><br>Disability Access Case subject to General Order 56 |

## RECITALS

This is a disability access case subject to General Order 56.

Plaintiff Portia Lemmons ("Plaintiff") filed a Notice of Need for Mediation on February 22, 2013.

Defendants Berkeley Hardware, Inc. dba Berkeley Ace Hardware, Ace Hardware Corporation and EQR-Acheson Commons Limited Partnership (collectively "Defendants"), filed a Joint Objection to the Notice for Need for Mediation on March 7, 2013.

1

JOINT STIPULATION AND [PROPOSED] ORDER SETTING MEDIATION DEADLINE
CASE NO. CV 12-03936 JST

The parties held a conference call with the Director of the Court's ADR Unit, Howard Herman, on April 9, 2013, and with his concurrence, the parties by and through their counsel of record, hereby stipulate and agree as follows:

## STIPULATION

The deadline to mediate this case shall be 90 days after the Court approves this stipulation and proposed order, or such other date as the Court may order.

IT IS SO STIPULATED.

Dated: April 10, 2013						LAW OFFICES OF PAUL L. REIN


						By:     /s/ Catherine M. Cabalo
						        Catherine M. Cabalo

						PAUL L. REIN, Esq. (SBN 43053)
						CELIA McGUINNESS, Esq. (SBN 159420)
						CATHERINE M. CABALO, Esq. (SBN 248198)
						200 Lakeside Drive, Suite A
						Oakland, CA 94612
						Telephone: 510/832-5001
						Facsimile: 510/832-4787
						reinlawoffice@aol.com

						*Attorneys for Plaintiff Portia Lemmons*

Dated: April 10, 2013						BARABAN & TESKE


						By:     /s/ James S. Link
						        James S. Link

						JAMES S. LINK (State Bar #94280)
						James.s.link@att.net
						BARABAN & TESKE
						215 N. Marengo Avenue, 3rd Floor
						Pasadena, CA 91101
						(626)440-9882
						(626)440-9393 (fax)

						*Attorneys for Defendants*
						*Berkeley Hardware, Inc. dba Berkeley Ace*
						*Hardware and Ace Hardware Corporation*

| | |
|---|---|
| Dated: April 10, 2013 | FUTTERMAN DUPREE<br>DODD CROLEY MAIER LLP<br><br>By: /s/ Jamie L. Dupree<br>Jamie L. Dupree<br><br>JAMIE L. DUPREE (158105)<br>JAIME G. TOUCHSTONE (233187)<br>180 Sansome Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 399-3840<br>Facsimile: (415) 399-3838<br>jdupree@fddcm.com<br>jtouchstone@fddcm.com<br><br>*Attorneys for Defendant*<br>*EQR-Acheson Commons Limited Partnership* |

### CERTIFICATION

I, Jamie L. Dupree, am the ECF User whose identification and password are being used to file Joint Stipulation and [Proposed] Order Setting Mediation Deadline. In compliance with Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

| | |
|---|---|
| Dated: April 12, 2013 | /s/ Jamie L. Dupree<br>Jamie L. Dupree<br><br>*Attorneys for Defendant*<br>*EQR-Acheson Commons Limited Partnership* |

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, it is hereby ordered that the deadline to mediate this case shall be July 15, 2013.

Dated: April 15, 2013 _____
The United States District Court
Judge Jon S. Tigar

**IT IS SO ORDERED AS MODIFIED**
*Judge Jon S. Tigar*