UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA LEMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACE HARDWARE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-03936-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 28 |

　　　　The Court has received the parties' "Court-Enforceable Settlement Agreement and Release of Plaintiff's Injunctive Relief Claims Only." ECF No. 28. That document states, in part, that "[t]he Parties have not reached any agreement regarding Plaintiff's claims for damages, attorneys' fees, litigation expenses, and costs. These matters will be the subject of future litigation or negotiation as necessary." Id.

　　　　While the Court is prepared to help the parties effectuate any settlement agreements they may have reached, the Court intends to set a firm trial date and pre-trial deadlines prior to the settlement of all claims in this action. Accordingly, a case management conference is scheduled for August 12, 2013. The parties should address any matters that have not yet been settled and propose case deadlines in their Joint Case Management Statement. The Joint Statement also must address the other topics in Civil Local Rule 16-9.

　　　　**IT IS SO ORDERED**.

Dated: July 19, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge