AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |
|---|---|---|

PORTIA LEMMONS,
        Plaintiff (s),

V.

ACE HARDWARE CORPORATION, et al.
        Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   C 12-3936 JST

Notice is hereby given that, subject to approval by the court, __EQR-ACHESON COMMONS LIMITED PARTNERSHIP__ substitutes
                             (Party (s) Name)

__James S. Link of Baraban & Teske__ , State Bar No. __94280__ as counsel of record in
      (Name of New Attorney)

place of   __Jamie L. Dupree of Futterman Dupree Dodd Croley Maier LLP__
                       (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barabarn & Teske |
| Address: | 215 N. Marengo Ave., 3rd Floor, Pasadena, CA 91101 |
| Telephone: | 626-440-9882     Facsimile 626-440-9393 |
| E-Mail (Optional): | james.s.link@att.net |

I consent to the above substitution.

Date:   _October 4, 2013_

I consent to being substituted.

Date:   _10 / 4 / 2013_

I consent to the above substitution.

Date:   10/04/2013

Lisa Leib for       (Signature of Party (s))
EQR-ASHESON COMMONS LIMITED PARTNERSHIP

(Signature of Former Attorney (s))

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   October 4, 2013

[Note: A separate consent order of substitution must be filed by each ~~~~~~~~~~~~~ appearance.]

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA