UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA LEMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACE HARDWARE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-03936-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 41 |

A hearing on Defendants' motion for leave to amend their answers is scheduled for October 17, 2013.  As the motion is suitable for determination without oral argument, the hearing is VACATED.  <u>See</u> Civil L.R. 7-1(b).  The motion is under submission.

**IT IS SO ORDERED.**

Dated: October 9, 2013

_____
JON S. TIGAR
United States District Judge