AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN               District of               CALIFORNIA

| | |
|---|---|
| PORTIA LEMMONS, Plaintiff (s), <br> V. <br> ACE HARDWARE CORPORATION, et al. <br> Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: C 12-3936 JST |

Notice is hereby given that, subject to approval by the court, ____EQR-ACHESON COMMONS LIMITED PARTNERSHIP____ substitutes
(Party (s) Name)

____James S. Link of Baraban & Teske____, State Bar No. __94280__ as counsel of record in
(Name of New Attorney)

place of ____Jamie Touchstone of Futterman Dupree Dodd Croley Maier LLP____
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barabarn & Teske |
| Address: | 215 N. Marengo Ave., 3rd Floor, Pasadena, CA 91101 |
| Telephone: | 626-440-9882         Facsimile   626-440-9393 |
| E-Mail (Optional): | james.s.link@att.net |

I consent to the above substitution.
Date: 10/31/13

_Lisa Leib for_ (Signature of Party (s))
EQR-ACHESON COMMONS LIMITED PARTNERSHIP

I consent to being substituted.
Date: 11/4/13

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/4/21013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 15, 2013

**IT IS SO ORDERED**
Judge Jon S. Tigar

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]