PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
PORTIA LEMMONS, et al.


JAMES S. LINK (State Bar #94280)
James.s.link@att.net
BARABAN & TESKE
215 N. Marengo Avenue, 3rd Floor
Pasadena, CA  91101
(626)440-9882
(626)440-9393 (fax)

Attorneys for Defendants
Berkeley Hardware, Inc. dba Berkeley Ace Hardware, Ace Hardware Corporation, and EQR-Acheson Commons Limited Partnership

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA LEMMONS, et al.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>ACE HARDWARE CORPORATION; BERKELEY HARDWARE, INC. dba BERKELEY ACE HARDWARE; EQR-ACHESON COMMONS LIMITED PARTNERSHIP; and DOES 1-20, Inclusive,<br><br>    *Defendants*. | Case No. CV 12-03936 JST<br><br>**STIPULATION AND [P~~ROPOSED~~]**<br>**ORDER TO CONTINUE FACT**<br>**DISCOVERY CUT-OFF** |

1

**STIPULATION**

Plaintiff PORTIA LEMMONS ("Plaintiff"), and defendants ACE HARDWARE CORPORATION; BERKELEY HARDWARE, INC. dba BERKELEY ACE HARDWARE and EQR ACHESON COMMONS LIMITED PARTNERSHIP (together "Defendants"), hereby jointly stipulate and request through their attorneys of record that the Court continue the Fact Discovery cut-off in this case.  This first request for a continuance of a pretrial deadline is based on the following good cause:

1. The parties actively participated in the General Order 56 process and came to a partial settlement in this case, which was memorialized in a "Court-Enforceable Settlement Agreement and Release of Plaintiff's Injunctive Relief Claims Only," filed with the Court on October 30, 2013 (Docket No. 57).

2. With leave of the Court, defendants Ace Hardware Corporation and Berkeley Hardware, Inc. amended their Answer to the Complaint on November 4, 2013 (Docket No. 59).

3. The Fact Discovery cut-off in this case is presently scheduled for February 21, 2014.

4. Since the defendants Ace Hardware Corporation and Berkeley Hardware, Inc. amended their answer on November 4, 2013, the parties have engaged in active discovery, sending each other written discovery requests and noting several depositions.   However, the holidays, defense counsel's preparation for the arrival of his second grandchild, and the illness of one of the representatives of defendant Berkeley Hardware Corp. have delayed discovery efforts in this case.  Defendants have requested more time to respond to pending written discovery requests because Virginia Carpenter the Chief Executive Officer of Berkeley Ace Hardware, is ill.  Plaintiff has

2
STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE FACT DISCOVERY CUT-OFF
CASE NO. CV 12-03936 JST

agreed to a continuance of these written discovery deadlines to accommodate Ms. Carpenter. Plaintiff has noted FRCP 30(b)(6) depositions for each of the named Defendants (on February 3, 7, and 10), however Defendants are still in the process of providing Plaintiff with available dates for deposition of their FRCP 30(b)(6) designees. The parties are also working together to set deposition dates for eight additional percipient witnesses. The parties will not be able to complete all necessary discovery by February 21st.

5. Based on the above, the parties request a short continuance of the Fact Discovery cut-off to April 24, 2014 – the same date as the Expert Discovery Cut-Off in this case.

6. This is the first request for a continuance of any pretrial deadline.

7. Therefore, the parties jointly stipulate and request the Court permit the continuance of the Fact Discovery cut-off to April 24, 2014.

**It is so Stipulated.**

Dated: January 10, 2014        LAW OFFICES OF PAUL L. REIN

　　　　　　　　　　　　　　　　 */s/ Catherine Cabalo*
　　　　　　　　　　　　　　　By CATHERINE CABALO,
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　PORTIA LEMMONS

Dated: January 10, 2014        BARABAN & TESKE

　　　　　　　　　　　　　　　　 */s/ James S. Link*
　　　　　　　　　　　　　　　By JAMES S. LINK
　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　ACE HARDWARE CORPORATION;
　　　　　　　　　　　　　　　BERKELEY HARDWARE, INC.; EQR-
　　　　　　　　　　　　　　　ACHESON COMMONS LLP;

**ORDER**

Good cause having been shown, the Court orders the Fact Discovery cut-off in this case be continued to April 24, 2014.

Dated: January 10, 2014

_____
Honorable Jon S. Tigar
United District Court Judge

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on January 10, 2014, I, Catherine Cabalo, attorney with The Law Office of Paul L. Rein, received the concurrence of James Link in the filing of this document.

                                          */s/ Catherine Cabalo*
                                        Catherine Cabalo