UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PORTIA LEMMONS, | |
|---|---|
| Plaintiff, | Case No. 12-cv-03936-JST |
| v. | **ORDER REFERRING DISCOVERY TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE** |
| ACE HARDWARE CORPORATION, et al., | |
| Defendants. | Re: ECF No. 74 |

All discovery disputes in this action for disability discrimination under federal and state law, including those addressed in the letter brief filed by the parties on April 14, 2014, are hereby referred to a randomly assigned Magistrate Judge. Once assigned, the parties shall consult the standing orders of the assigned Magistrate Judge for further guidance as to how to proceed with their disputes.

**IT IS SO ORDERED.**

Dated: April 14, 2014



_____
JON S. TIGAR
United States District Judge